### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| WAYSTAR ENVY, INC., ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | CAUSE NO.: 2:19-CV-374-JTM-JEM |
| ) | |
| JOSHUA LYBOLT, *et al.*, ) | |
|     Defendants. ) | |

### REPORT AND RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE PURSUANT TO
### 28 U.S.C. § 636(b)(3) and Local Rule 72-1

This matter is before the Court *sua sponte*. On October 23, 2020, the Court granted a request by Plaintiff's attorneys to withdraw, and informed the corporate entity that it could not proceed without representation. On December 3, 2020, corporate representatives on behalf of Plaintiff informed the Court during a hearing that Plaintiff has no means to retain counsel and no longer intends to pursue this case. The Court also notes that a clerk's entry of default has been entered as to all of the defendants, none of which have appeared, and at least one of them is currently engaged in bankruptcy proceedings.

Based on the representations of Plaintiff's corporate representatives at the December 3 hearing and the lack of any parties capable of proceeding with this action, the Court hereby **RECOMMENDS** that the District Court **DISMISS Plaintiff's Complaint without prejudice**. *See* Fed. R. Civ. P. 41(b) (providing for dismissal for failure to prosecute).

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure

1

to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

SO ORDERED this 4th day of December, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, *pro se*

2