# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| WAYSTAR ENVY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19 CV 374 |
| | ) |
| JOSHUA LYBOLT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin (DE # 38), the court now **ADOPTS** that report and recommendation, and this case is **DISMISSED without prejudice.**

**SO ORDERED.**

Date: October 24, 2023

                         s/James T. Moody
                         JUDGE JAMES T. MOODY
                         UNITED STATES DISTRICT COURT