AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WAYSTAR ENVY INC
    Plaintiff

v.　　　　　　　　　　　　　　　　　　　　　　　　　　**Civil Action No.**　2:19cv374

JOSHUA LYBOLT
*case STAYED as of 12/2/2020*

A PRIME REAL ESTATE CORPORATION LLC

COMMISSIONS FAST LLC
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

X Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

X decided by Judge James T. Moody

DATE:　10/27/2023　　　　　　　CHANDA J. BERTA, CLERK OF COURT
　　　　　　　　　　　　　　　　　by　s/R. Figueroa

*Signature of Clerk or Deputy Clerk*